AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 8:17-mj-1421-JSS |
| CARLOS RENE HERRERA-DIAZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 14, 2017 _____ in the county of _____ Hillsborough _____ in the _____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Scott Spicciati, Deportation Officer, ICE-ERO
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 6/15/17

_____
_Judge's signature_

City and state:          Tampa, Florida

JULIE S. SNEED, U.S. Magistrate
_____
_Printed name and title_

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Scott Spicciati, being duly sworn, hereby depose and state as follows:

1.      I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), currently assigned to Tampa, Florida.  I have been employed as a federal law-enforcement officer since April 13, 2008.

2.      As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws.  I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3.      This affidavit is submitted in support of a criminal complaint.  The statements contained in this affidavit are based on my personal knowledge and that of other law-enforcement officers and on information gathered from computer databases.  This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Carlos Rene Herrera-Diaz ("HERRERA-DIAZ,") a native and citizen of Honduras, with being an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

## FACTS AND CIRCUMSTANCES

4.      On or about September 15, 2016, the Tampa Police Department arrested HERRERA-DIAZ for failure to appear in court on a traffic charge of driving without a license, and booked him into the Hillsborough County Jail.  On or about September 16, 2016, HERRERA-DIAZ bonded out of custody before ICE could place a detainer.

5.      On June 14, 2017, Deportation Officer Saul Pumarejo and I found HERRERA-DIAZ outside his home at 114 E 119th Street, in Tampa, Florida, which is within the Middle District of Florida.

6.      I performed a records check using the Central Index System ("CIS") and reviewed the documents contained within HERRERA-DIAZ's Alien File ("A-File").  Upon reviewing these sources, I determined that HERRERA-DIAZ is a native and citizen of Honduras and is illegally present in the United States.  I also found that he had been deported from the United States to Honduras on or about February 19, 2013, and on or about May 17, 2013.

7.      Fingerprints taken of HERRERA-DIAZ were submitted through the Integrated Automated Fingerprint Identification System ("IAFIS") and compared with those taken prior to his removal from the United States.  The IAFIS indicates that they are from the same person.

8.      No information exists, either in the A-file or the computer databases, to show that HERRERA-DIAZ had either requested or received permission from the Attorney General, the Secretary for the Department of Homeland Security, or any other immigration official to reenter the United States after his deportation.

## CONCLUSION

9.      Based on the foregoing facts, I believe there is probable cause to establish that HERRERA-DIAZ, a citizen and national of Honduras, is an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

_____
Scott Spicciati, Deportation Officer
ICE-ERO

Sworn to and subscribed before me
This _15_ day of June, 2017, in Tampa, Florida.

_____
JULIE S. SNEED
United States Magistrate Judge

3